**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Kari Kayshon Ryant, Appellant.

Appellate Case No. 2023-000911

Appeal From Orangeburg County
Heath P. Taylor, Circuit Court Judge

Unpublished Opinion No. 2025-UP-051
Submitted January 30, 2025 – Filed February 12, 2025

**APPEAL DISMISSED**

Deputy Chief Appellate Defender Wanda H. Carter, of Columbia; and Kari Kayshon Ryant, pro se, both for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Melody Jane Brown, both of Columbia, for Respondent.

**PER CURIAM:**  Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**WILLIAMS, C.J., and MCDONALD and TURNER, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.